UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SYNGENTA AG MIR162 CORN LITIGATION

| | |
|---|---|
| Terway, et al. v. Syngenta Seeds, LLC, et al., ) | |
|     D. Nevada, C.A. No. 2:16-01587 ) | MDL No. 2591 |

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
AND VACATING THE SEPTEMBER 29, 2016, HEARING SESSION ORDER

    A conditional transfer order was filed in this action (*Terway*) on July 7, 2016. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Terway* filed a notice of opposition to the proposed transfer. Plaintiffs later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that plaintiffs have withdrawn their opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-69" filed on July 7, 2016, is LIFTED. The action is transferred to the District of Kansas for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable John W. Lungstrum.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 11, 2016, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Kansas.
Date filed: 8-22-16
Clerk, U.S. District Court
By: mkmont     Deputy Clerk